UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUSTEM NURLYBAYEV, Individually and on :
Behalf of All Others Similarly Situated, :
 :
      Plaintiff, :
 :
               v. :
 :
BLUE APRON HOLDINGS, INC., MATTHEW B. :
SALZBERG, ILIA M. PAPAS, MATTHEW J. :
WADIAK, JARED CLUFF, PABLO CUSSATTI, :
BENJAMIN C. SINGER, JULIE M.B. BRADLEY, :
TRACY BRITT COOL, KENNETH A. FOX, :
ROBERT P. GOODMAN, GARY R. :
HIRSHBERG, BRIAN P. KELLEY, BRADLEY J. :
DICKERSON, GOLDMAN SACHS & CO. LLC, :
MORGAN STANLEY & CO. LLC, CITIGROUP :
GLOBAL MARKETS INC., BARCLAYS :
CAPITAL INC., RBC CAPITAL MARKETS, :
LLC, SUNTRUST ROBINSON HUMPHREY, :
INC., STIFEL, NICOLAUS & COMPANY, :
INCORPORATED, CANACCORD GENUITY :
INC., NEEDHAM & COMPANY, LLC, :
OPPENHEIMER & CO. INC., RAYMOND :
JAMES & ASSOCIATES, INC., and WILLIAM :
BLAIR & COMPANY, L.L.C., :
 :
      Defendants. :
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

 UCT 20 2017 

BROOKLYN OFFICE

**ORDER CONSOLIDATING ACTIONS**
17-CV-4846 (WFK) (PK)

*Caption continued on following page.*

```
-----------------------------------------------------------X
JOSEPH IVAN, Individually and on           :
Behalf of All Others Similarly Situated,   :
                                           :
              Plaintiff,                   :
                                           :
              v.                           :
                                           :    17-CV-5021 (WFK) (PK)
BLUE APRON HOLDINGS, INC., MATTHEW B.      :
SALZBERG, ILIA M. PAPAS, MATTHEW J.        :
WADIAK, JARED CLUFF, PABLO CUSSATTI,       :
BENJAMIN C. SINGER, JULIE M.B. BRADLEY,    :
TRACY BRITT COOL, KENNETH A. FOX,          :
ROBERT P. GOODMAN, GARY R.                 :
HIRSHBERG, BRIAN P. KELLEY, BRADLEY J.     :
DICKERSON, GOLDMAN SACHS & CO. LLC,        :
MORGAN STANLEY & CO. LLC, CITIGROUP        :
GLOBAL MARKETS INC., BARCLAYS              :
CAPITAL INC., RBC CAPITAL MARKETS,         :
LLC, SUNTRUST ROBINSON HUMPHREY,           :
INC., STIFEL, NICOLAUS & COMPANY,          :
INCORPORATED, CANACCORD GENUITY            :
INC., NEEDHAM & COMPANY, LLC,              :
OPPENHEIMER & CO. INC., RAYMOND            :
JAMES & ASSOCIATES, INC., and WILLIAM      :
BLAIR & COMPANY, L.L.C.,                   :
                                           :
              Defendants.                  :
-----------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

Having considered the motions of Rustem Nurlybayev ("Nurlybayev"), *Nurlybayev v. Blue Apron Holdings, et al.*, 17-CV-4846, ECF No. 20; Gary Chute and Marcos Velasquez ("Chute and Velasquez"), *Id.* at ECF No. 23; and Cristina Davis, Sanzhar Khussainov, Steven Waugh, and Susan Finkel (collectively, the "Blue Apron Investor Group"), *id.* at ECF No. 26, to consolidate the above-captioned actions (hereinafter, the "Underlying Actions") pursuant to Federal Rule of Civil Procedure 42, the Court hereby ORDERS that the Underlying Actions, numbered 17-CV-4846 and 17-CV-5021, be consolidated under the action numbered

2

17-CV-4846 (hereinafter, the "Primary Docket"). The Court further ORDERS that any further filings in the consolidated action be submitted under the following caption: *In re Blue Apron Holdings, Inc. Securities Litigation*, 17-CV-4846 (WFK) (PK).

All orders, pleadings, motions or other documents shall, when filed and docketed on the Primary Docket, be deemed filed and docketed in each of the Underlying Actions. Where a filing pertains only to one of the Underlying Actions, the document shall specify which action the filing pertains to in the case caption. When an order, pleading, motion or other document is filed with a caption indicating that pertains only to one of the Underlying Actions, the Clerk of Court is respectfully requested to enter such documents on the Primary Docket, note which Underlying Action the filing pertains to on the Primary Docket, and also docket the filing in the Underlying Action it specifically pertains to.

With regard to Nurlybayev's, Chute and Velasquez's, and the Blue Apron Investor Group's motions to be appointed as lead plaintiff(s) and to appoint lead counsel, *Nurlybayev v. Blue Apron Holdings, et al.*, 17-CV-4846, ECF Nos. 20, 23, 26, the Court will hold a status conference in this action on Wednesday, October 25, 2017, at 11:00 A.M. in Courtroom 6H North before the Hon. William F. Kuntz, II, at which time the Court schedule oral argument on the competing motions for the appointment of lead counsel.

**SO ORDERED.**

Dated: October 20, 2017
Brooklyn, New York

s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

3