**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:17-CV-4846-WFK-PK |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANTTO FED. R. CIV. P. 41(a)(1)(A)**

On August 17, 2017, Plaintiff Rustem Nurlybayev ("Nurlybayev") filed a purported class action complaint against the Defendants alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. The case is captioned *Nurlybayev v. Blue Apron Holdings, Inc., et al.,* Case No. 1:17-cv-4846-WFK-PK (E.D.N.Y.) (the "*Nurlybayev* Action"). On August 25, 2017, Plaintiff Joseph Ivan ("Ivan") filed a purported class action complaint against the Defendants alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. The case is captioned *Ivan v. Blue Apron Holdings, Inc., et al.*, Case No. 1:17-cv-5021-WFK-PK (E.D.N.Y.) (the "*Ivan* Action"). By Order dated October 20, 2017, the Court consolidated the *Nurlybayev* Action and the *Ivan* Action under caption *In re Blue Apron Holdings, Inc. Securities Litigation*, 17-CV-4846-WFK-PK (the "Consolidated Action"). Order, dated October 20, 2017 (Dkt. 23).

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Ivan voluntarily dismisses the *Ivan* Action without prejudice. Plaintiff Ivan has not previously dismissed an action based on or including the same claims as presented in this instant action. Each party is to bear their own costs and fees.

Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Ivan's dismissal of the Action is effective upon the filing of this notice.

Dated: November 6, 2017

/s/ Eduard Korsinsky

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email:ek@zlk.com