## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:17-cv-04846-WFK-PK <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court, and I appear in this case as counsel for Lead Plaintiffs Cristina Davis, Sanzhar Khussainov, Stephen Waugh, and Susan Finkel.

Dated: January 8, 2018

Respectfully submitted,

<u>/s/ Joshua Baker</u>
Joshua Baker, Esq. (JB 8288)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com