FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 10 2018 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | No. 1:17-cv-04846 (WFK) (PK) |

### JOINT STIPULATION AND MOTION OF ALL PARTIES REGARDING SCHEDULING

All parties, by and through their attorneys, hereby stipulate, subject to Court approval, as follows:

**WHEREAS,** on December 29, 2017, the Court entered the parties' stipulation, which set forth deadlines for the filing of the amended complaint, defendants' response thereto, and any related filings;

**WHEREAS,** on February 27, 2018, Lead Plaintiffs filed the amended complaint;

**WHEREAS,** Defendants requested additional time to answer, move against, or otherwise respond to the amended complaint in order to accommodate a parental leave by in house counsel at Blue Apron;

**WHEREAS,** there have been no other requests for an extension of time to answer or otherwise plead to the amended complaint in the above-captioned action;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Lead Plaintiffs and Defendants, that:

1. Defendants shall answer, move against, or otherwise respond to the amended complaint no later than May 21, 2018;

2. Lead Plaintiffs shall file their opposition to any motion that may be filed by Defendants no later than July 12, 2018; and

3.     Defendants shall file their reply in support of their motion no later than August 13, 2018.

**IT IS SO STIPULATED.**

DATED: April 6, 2018

DEFENDANTS

By counsel,

*/s/ Michael G. Bongiorno*

Michael G. Bongiorno
Jeremy Adler
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7518
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
jeremy.adler@wilmerhale.com

Timothy J. Perla
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
timothy.perla@wilmerhale.com

*Attorneys for Defendants*

LEAD PLAINTIFFS

By counsel,

*/s/ Phillip Kim*

Phillip Kim
Joshua Baker
Laurence M. Rosen
ROSEN LAW FIRM P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
jbaker@rosenlegal.com

2

lrosen@rosenlegal.com

Jeremy A. Lieberman
Murielle Steven Walsh
Aatif Iqbal
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com
aiqbal@pomlaw.com

*Attorneys for Lead Plaintiffs*

SO ORDERED this 9th day of April, 2018

s/WFK
---
William F. Kuntz, II
United States District Judge

3