EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | No. 17-cv-04846-WFK-PK |
| | This Document Relates To: ALL ACTIONS |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED BLUE APRON HOLDINGS, INC. CLASS A COMMON STOCK FROM JUNE 29, 2017, THROUGH AUGUST 25, 2017, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of New York, that a hearing will be held on _____ __, 202__, at __:__ __.m., before the Honorable William F. Kuntz, II, at the United States District Court, Eastern District of New York, Courtroom 6H N, 225 Cadman Plaza East Brooklyn, New York 11201, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $13,250,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Plaintiffs' Counsel for an award of attorneys' fees of no more than one third plus interest of the Settlement Amount, reimbursement of expenses of not more than $125,000, and an award of no more than $40,000, in aggregate, or $10,000 each, to Lead Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement dated November 12, 2020 ("Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Blue Apron Holdings, Inc. ("Blue Apron") Class A Common Stock during the period from June 29, 2017, through August 25, 2017, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Blue Apron Class A Common Stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to, calling, or contacting the Claims Administrator: Blue Apron Holdings, Inc. Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173025, Milwaukee, WI 53217; (Tel) (877) 883-8244; info@BlueApronSecuritiesSettlement.com. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____________, 202__, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____________, 202__, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Plaintiffs' Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____________, 202__, to each of the following:

| CLERK OF THE COURT: | PLAINTIFFS' COUNSEL: | DEFENDANTS' COUNSEL: |
|---|---|---|
| United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | Jeremy A. Lieberman, Esq.<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br><br>Phillip Kim, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, New York 10016 | Michael G. Bongiorno, Esq.<br>WILMER CUTLER<br>PICKERING HALE AND<br>DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007 |

If you have any questions about the Settlement, you may call or write to Plaintiffs' Counsel:

| Jeremy A. Lieberman, Esq.<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016 | Phillip Kim, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, New York 10016 |
|---|---|

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: ______________, 2020

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF NEW YORK