**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*

Blue Apron Holdings, Inc. Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173025
Milwaukee, WI 53217

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

Case No. 1:17-cv-04846 (E.D.N.Y.)

Case Pending in the United States District Court for the Eastern District of New York

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*In re Blue Apron Holdings, Inc. Securities Litigation.,* Case No. 1:17-cv-04846 (E.D.N.Y.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.BLUEAPRONSECURITIESSETTLEMENT.COM OR CALL 1-877-883-8244 FOR MORE INFORMATION.*

The U.S. District Court for the Eastern District of New York (the "Court") has preliminarily approved a proposed Settlement of claims against Blue Apron Holdings, Inc. ("Blue Apron"), Defendants Matt Salzberg, Bradley Dickerson, Benjamin C. Singer, Julie M.B. Bradley, Tracy Britt Cool, Kenneth A. Fox, Robert P. Goodman, Gary R. Hirshberg, and Brian P. Kelley (collectively, "Defendants"). The proposed Settlement would resolve a class action lawsuit alleging that Defendants made false and/or misleading misstatements and/or omissions concerning Blue Apron's business, operational, and compliance policies. Defendants deny the allegations.

You received this notice because you may have purchased or acquired publicly traded Blue Apron class A common stock between June 29, 2017 and August 25, 2017, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for the dismissal and release of claims against Defendants, a fund consisting of $13,250,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Claim Forms"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation and Agreement of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Securities Class Action ("Notice") and Claim Form by visiting the website: www.BlueApronSecuritiesSettlement.com. You may request copies of the Notice and Claim Form by: (1) mail: Blue Apron Holdings, Inc. Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173025, Milwaukee, WI 53217;(2) call toll-free: (877) 883-8244; or (3) email: info@BlueApronSecuritiesSettlement.com.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.BlueApronSecuritiesSettlement.com. CLAIM FORMS ARE DUE BY ______, 202__ TO BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION, C/O A.B. DATA, LTD., P.O. BOX 173025, MILWAUKEE, WI 53217 or submitted electronically at www. BlueApronSecuritiesSettlement.com. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 202__. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____, 202__. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____, 202__at __:00 _.m. at 225 Cadman Plaza East, Courtroom 6H N, Brooklyn, New York 11201, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for no more than one-third of the Settlement Fund for their attorneys' fees, plus up to $125,000 in expenses, and Awards to Plaintiffs of no more than $40,000 in total, for litigating the cases and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.