UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) No. 17-cv-04846-NGG-PK<br><br>This Document Relates To:  ALL ACTIONS |

## NOTICE OF MOTION FOR FINAL APPROVAL
## OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 86), Lead Plaintiffs Christina Davis, Sanzhar Khussainov, Stephen Waugh, and Susan Finkel ("Plaintiffs"), by their undersigned counsel, hereby move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on May 10, 2021 at 10:00 a.m., for entry of an Order granting final approval of the proposed class action settlement.

This motion is based on this Notice of Motion, Plaintiffs' supporting Memorandum of Law, and the Declaration of Joshua Baker and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing. Plaintiffs will file a proposed final order and judgment with their reply, to account fully for any requests for exclusions or objections received by the April 19, 2021 deadline.

1

Dated: April 12, 2021                             Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Joshua Baker*
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
Eric D. Gottlieb
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: mjsteven@pomlaw.com
Email: egottlieb@pomlaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**WOLF HALDENSTEIN ADLER FREEMEN & HERZ LLP**
Matthew M. Guiney
Kevin Gilbert Cooper
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: kcooper@whafh.com
Email: guiney@whafh.com

**BRONSTEIN GEWIRTZ & GROSSMAN LLC**

        Peretz Bronstein
        60 East 42nd Street – Suite 4600
        New York, New York 10165
        Telephone: (212) 697-6484
        Facsimile: (212) 697-7296
        Email: peretz@bgandg.com

        **SHAYE FUCHS, ESQ.**
        Shaye Fuchs
        37 Arrowhead Lane
        Lawrence, New York 11559
        Telephone: (516) 509-8755
        Email: sfuchsesq@aol.com

        **BOTTINI & BOTTINI, INC.**
        Francis A. Bottini Jr.
        Yury Kolesnikov
        7817 Ivanhoe Avenue, Suite 102
        La Jolla, California 92037
        Telephone: (858) 914-2001
        Facsimile: (858) 914-2002
        Email: fbottini@bottinilaw.com
        Email: ykolesnikov@bottinilaw.com

        *Additional Counsel for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Joshua Baker*
Joshua Baker