UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) No. 17-cv-04846-NGG-PK<br><br>This Document Relates To:  ALL ACTIONS |

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 86), Lead Plaintiffs Christina Davis, Sanzhar Khussainov, Stephen Waugh, and Susan Finkel ("Plaintiffs"), by their undersigned counsel, hereby move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on May 10, 2021 at 10:00 a.m., for entry of an Order granting an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

This motion is based on this Notice of Motion, Plaintiffs' supporting Memorandum of Law, and the Declaration of Joshua Baker and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing. Plaintiffs will file a proposed final order and judgment with their reply, to account fully for any requests for exclusions or objections received by the April 19, 2021 deadline.

1

Dated: April 12, 2021                           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Joshua Baker*
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
Eric D. Gottlieb
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: mjsteven@pomlaw.com
Email: egottlieb@pomlaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**WOLF HALDENSTEIN ADLER FREEMEN & HERZ LLP**
Matthew M. Guiney
Kevin Gilbert Cooper
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: kcooper@whafh.com
Email: guiney@whafh.com

**BRONSTEIN GEWIRTZ & GROSSMAN LLC**
Peretz Bronstein
60 East 42nd Street – Suite 4600

New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

**SHAYE FUCHS, ESQ.**
Shaye Fuchs
37 Arrowhead Lane
Lawrence, New York 11559
Telephone: (516) 509-8755
Email: sfuchsesq@aol.com

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini Jr.
Yury Kolesnikov
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com
Email: ykolesnikov@bottinilaw.com

*Additional Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Joshua Baker*
Joshua Baker