

**Murielle Steven Walsh**
Partner

September 3, 2025

**VIA ECF**

Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Blue Apron Holdings, Inc. Securities Litigation,* **No. 1:17-cv-04846-NGG-PK**

Your Honor:

We represent the Lead Plaintiffs Christina Davis, Sanzhar Khussainov, Stephen Waugh, and Susan Finkel, and all members of the settlement class in this securities class action. We write briefly pursuant to the Court's Individual Rule IV.A. After an approved settlement and multiple rounds of distribution, all that is needed for the remaining settlement funds to be disbursed and this case to close is granting a motion to disburse the remaining funds to a *cy pres* recipient.

As will be detailed in the forthcoming motion and accompanying declaration, after the Court's Order Granting Lead Plaintiff's Motion for Distribution of Class Action Settlement Funds ("Distribution Order") (ECF No. 99), the Claims Administrator carried out two distributions to eligible class payments, in accordance with the plan approved by the Court.

However, on April 21, 2025, the Claims Administrator received notice from a nominee that it had claimed $27,928.26 without prior authorization from its clients. As a result, those funds are being returned to the Settlement Fund. Lead Plaintiffs and the Claims Administrator have determined it is not cost-effective to administer a third distribution and will seek leave from this Court to distribute the remaining funds to a *cy pres* recipient.

The Distribution Order directed all remaining funds be donated to a non-sectarian, not-for-profit organization to be recommended by Lead Counsel and approved by the Court, ECF No. 99 at ¶8. As such, Lead Plaintiffs seek the Court's approval to distribute the funds to the Howard University School of Law Investor Justice and Education Clinic ("IJEC"). As will be detailed in the forthcoming motion, IJEC's work representing indigent investors furthers the interests of the Settlement Class.

600 Third Avenue, New York, NY 10016   Main: 212.661.1100   Direct: 646.581.9977   mjsteven@pomlaw.com

NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com



Honorable Nicholas G. Garaufis
September 3, 2025
Page 2

    Lead Plaintiffs have provided the motion papers to Defendants and were informed that Defendants take no position on the motion.

    Please do not hesitate to contact me if Your Honor requires any further information regarding this matter.

                          Sincerely,

                           /s/ Murielle Steven Walsh
                           Murielle Steven Walsh