**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | No. 17-cv-04846-NGG-PK <br><br> This Document Relates To: ALL ACTIONS |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR CY PRES DISTRIBUTION OF REMAINING CLASS ACTION SETTLEMENT FUNDS**

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: mjsteven@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

{00501775;2 }

Lead Plaintiffs Christina Davis, Sanzhar Khussainov, Stephen Waugh, and Susan Finkel ("Plaintiffs" or "Lead Plaintiffs"), on behalf of themselves and all members of the Settlement Class, hereby move the Court for an order, approving the distribution of the residual settlement funds (less remaining tax liability and administrative costs) as a *cy pres* award to the Howard University Investor Justice and Education Clinic.

Lead Plaintiffs respectfully submit contemporaneously a memorandum of points and authorities and the accompanying Declaration of Eric Nordskog on Behalf of A.B. Data, Ltd. in Support of Lead Plaintiffs' Motion for Cy Pres Distribution of Remaining Class Action Settlement Funds (the "Nordskog Declaration") in support of this Motion. Lead Plaintiffs further rely upon all proceedings and papers herein.

Lead Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the [Proposed] Order Granting Motion for Cy Pres Distribution of Remaining Class Action Settlement Funds, also submitted contemporaneously.

Dated: September 3, 2025                         Respectfully submitted,

                                                 **POMERANTZ LLP**

                                                 By: */s/ Murielle J. Steven Walsh*
                                                 Jeremy A. Lieberman
                                                 Murielle J. Steven Walsh
                                                 600 Third Avenue, 20th Floor
                                                 New York, New York 10016
                                                 Telephone: (212) 661-1100
                                                 Facsimile: (917) 463-1044
                                                 Email: jalieberman@pomlaw.com
                                                 Email: mjsteven@pomlaw.com

                                                 **THE ROSEN LAW FIRM, P.A.**
                                                 Phillip Kim
                                                 Laurence M. Rosen
                                                 Joshua Baker
                                                 275 Madison Ave., 40th Floor

1

New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

      I, Murielle J. Steven Walsh, hereby certify that on September 3, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                    */s/  Murielle J. Steven Walsh*
                                    Murielle J. Steven Walsh