**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | No. 17-cv-04846-NGG-PK <br><br> This Document Relates To: ALL ACTIONS |

# DECLARATION OF ERIC NORDSKOG CONCERNING THE REMAINING FUNDS FOR *CY PRES*

I, Eric Nordskog, declare as follows:

1. I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the above-captioned action (the "Action").[1] I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to the Court's Order Granting Lead Plaintiffs' Motion for Distribution of Class Action Settlement Funds ("Distribution Order," ECF No. 99), the Court: (i) approved the proposed distribution plan; (ii) approved A.B. Data's administrative determinations; and (iii) directed that the balance of the Net Settlement Fund be distributed to the Authorized Claimants.

3. Further, the Court directed at such time as Lead Counsel, in consultation with the Claims Administrator, determine that no additional distributions are cost effective, then the remaining funds, after payment of any unpaid fees and expenses incurred in administering the Settlement, shall be contributed to a nonsectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by the Court.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Amended Stipulation and Agreement of Settlement dated November 12, 2020 (the "Stipulation," ECF No. 83).

4.      Thereafter, on August 12, 2022, A.B. Data performed the initial distribution sending payment to 2,270 Authorized Claimants in the total amount of $9,692,339.34. A.B. Data performed outreach to Authorized Claimants to ensure as many checks were cashed as possible. At the conclusion of the initial distribution, and after consulting Lead Counsel, AB Data prepared and performed a second distribution totaling $28,166.73. On May 17, 2023, A.B. Data sent payments to 121 eligible class members who had cashed their first distribution check and who would receive a check for at least $15.00. As of the time of this filing, 2,201 eligible class members have received Distribution payments, and there are no outstanding checks.

5.      On April 21, 2025, A. B. Data received notice from nominee BMO Capital Markets ("BMO"), that it had claimed payments totaling $27,928.26 on behalf of its clients without prior authorization. These funds were recovered by a third-party class action recovery service provider engaged by BMO and were never deposited the funds into the clients' accounts. These funds are currently being held by the service provider pending disposition of the funds.

6.      After this return, the remaining funds in the account total $27,928.26. After a final invoice for post-distribution work performed by AB Data of $2,500, the residual balance is $25,428.26. Given the *de minimis* amount of funds remaining and the estimated costs associated with a second distribution, Lead Plaintiffs and A. B. Data have determined that it is not cost-effective to administer an additional distribution.

7.      Therefore, A.B. Data respectfully requests that the Court enter an Order directing that the balance of the Net Settlement Fund be distributed to the Howard University School of Law Investor Justice and Education Clinic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 2nd day of September 2025, at Milwaukee, Wisconsin.

_____
Eric A. Nordskog