**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BLUE APRON HOLDINGS, INC. SECURITIES LITIGATION | No. 17-cv-04846-NGG-PK<br><br>This Document Relates To: ALL ACTIONS |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CY PRES DISTRIBUTION OF REMAINING CLASS ACTION SETTLEMENT FUNDS**

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $27,928.26, the total amount of funds remaining in the Net Federal Settlement Fund, to the Howard University School of Law Investor Justice and Education Clinic from the Net Federal Settlement Fund.

4. The case is hereby closed.

IT IS SO ORDERED.

Dated: _____          _____
                                   UNITED STATES DISTRICT JUDGE